IN THE SUPREME COURT OF THE STATE OF DELAWARE

MICHAEL L. NEAL,                        §
                                        § No. 386, 2023
      Defendant Below,                  §
      Appellant,                        § Court Below—Superior Court
                                        § of the State of Delaware
      v.                                §
                                        § Cr. ID No. 1004000919,
STATE OF DELAWARE,                      § 1309021389, 1510012743 (K)
                                        §
      Appellee.                         §

Submitted: January 29, 2024
Decided:  February 26, 2024

## ORDER

On December 18, 2023 and January 9, 2024, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix by the filing deadline of November 30, 2023. Postal records show that the notice to show cause was delivered by January 18, 2024. A timely response to the notice to show cause was due by January 29, 2024. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice